No. 590. SOUTH CAROLINA PUBLIC SERVICE AUTHORITY *v.* SECURITIES & EXCHANGE COMMISSION ET AL.; and

No. 591. SOUTH CAROLINA PUBLIC SERVICE AUTHORITY *v.* FEDERAL POWER COMMISSION ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE DOUG-

954

LAS took no part in the consideration or decision of this application. *R. M. Jefferies, Wm. S. Youngman, Jr.* and *Duncan C. Lee* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Stanley M. Silverberg, Paul A. Sweeney, Melvin Richter, Bradford Ross, Howard E. Wahrenbrock, Francis R. Bell, Roger S. Foster* and *Harry G. Slater* for the Securities & Exchange Commission and Federal Power Commission; *George Roberts* for the Commonwealth & Southern Corporation; and *W. C. McLain* and *J. B. S. Lyles* for the South Carolina Electric & Gas Co., respondents.